UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YASMANI ORDAZ SAEZ, et al.,

Plaintiff,

v.

TAYLOR LAND TWO COMPANY, et al.,

Defendant.

Case No. C26-3774-KKE

ORDER ON MOTIONS TO PROCEED IN FORMA PAUPERIS

Because plaintiffs do not appear to have funds available to afford the $405.00 filing fee, Plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiffs' IFP applications, Dkt. 1, 2, and 3, are GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 9th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge