UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASMANI ORDAZ SAEZ, et al., Plaintiff(s), v. TAYLOR LAND TWO COMPANY, et al., Defendant(s). | CASE NO. C26-3774-KKE<br><br>ORDER ON MOTIONS FOR REMOTE PARTICIPATION, APPOINTMENT OF INTERPRETER, AND SERVICE |

This matter comes before the Court on three motions by Plaintiffs Yasmani Ordaz Saez, Sheyla Cruz Pavon, and Yunior Ordaz Saez. Dkt. Nos. 8, 9, 10.

In two of the motions, Plaintiffs request appointment of an interpreter for oral proceedings (Dkt. 10) and that they be permitted to remotely participate via videoconference in such proceedings (Dkt. No. 9). Because no oral proceedings are presently scheduled, the Court DENIES without prejudice these motions (Dkt. Nos. 9, 10). Remote participation in conferences and hearings is generally permitted, and to the extent such proceedings are scheduled in the future, Plaintiffs may renew their requests.

In the third motion, Plaintiffs, who proceed in this civil action *pro se* and *in forma pauperis* ("IFP") (*see* Dkt. Nos. 6, 7), request that the Court assist them with service pursuant to Federal Rule of Civil Procedure 4(c)(3). *See* Dkt. No. 8. Having reviewed the complaint (Dkt. No. 7), the Court GRANTS Plaintiffs' motion for service (Dkt. No. 8) and ORDERS as follows:

(1) Service by Clerk

The Clerk is directed to send the following to Defendants Darla Wickre, Pauline Pepito, Taylor Land Two Company, and FSC Lexington Heights Associates, LLC: a copy of Plaintiffs' complaint, a copy of this order, two copies of the notice of lawsuit and request for waiver of service of summons, a waiver of service of summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.

The address for Darla Wicker is Lexington Heights Apartments - Rental/Leasing Office, 300 Vuemont Place NE, Renton, WA 98056.

The address for Pauline Pepito is Lexington Heights Apartments - Rental/Leasing Office, 300 Vuemont Place NE, Renton, WA 98056.

The address for Taylor Land Two Company is c/o Capitol Corporate Services, Inc., Registered Agent, 1780 Barnes Boulevard SW, Tumwater, WA 98512-0410.

The address for FSC Lexington Heights Associates, LLC is c/o National Registered Agents, Inc., Registered Agent, 711 Capitol Way S, Suite 204, Olympia, WA 98501-1267.

(2) Response Required

Defendant(s) shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

The Clerk is directed to send uncertified copies of this Order and of the Court's *pro se* instruction sheet to Plaintiffs at their last known address.

Dated this 20th day of November, 2026.

Kymberly K. Evanson
United States District Judge